**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| THOMAS BUCK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | )   Case No. 4:12CV1047 JAR(LMB) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     Defendant. | ) |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This is an action under 42 U.S.C. § 405(g) for judicial review of defendant's final decision denying plaintiff's application for benefits under the Social Security Act. This cause was referred to the undersigned United States Magistrate Judge for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). Currently pending is Defendant's Motion to Remand. (Document Number 13). Plaintiff has not filed a response to defendant's motion.

In his motion, defendant requests that the court remand this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). Defendant states that, before the Commissioner field his answer in this case, the Appeals Council of the Social Security Administration determined that remand was appropriate because plaintiff submitted new and material evidence in support of his claim. Defendant states that, upon receipt of the court's remand order, the Appeals Council of the Social Security Administration will remand this case to an ALJ, who will be directed to consider the additional evidence and offer plaintiff a supplemental hearing.

Sentence six of 42 U.S.C. § 405(g) provides that "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security. . ."

The courts finds that it is appropriate to remand this case in order to permit the Commissioner to take the action requested in his motion. Defendant has shown good cause why remand is warranted.

Accordingly,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Remand (Doc. No. 13) be **granted**.

**IT IS FURTHER RECOMMENDED** that this case be **remanded** to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

The parties are advised that they have fourteen (14) days to file written objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and failure to file timely objections may result in a waiver of the right to appeal questions of fact.

Dated this  11th  day of March, 2013.

                                                                          LEWIS M. BLANTON
                                                                          UNITED STATES MAGISTRATE JUDGE