UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS BUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV1047 JAR |
| | ) | |
| CAROLYN COLVIN, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant.[1] | ) | |

## **ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge

Lewis M. Blanton, filed March 11, 2013. <u>See</u> 28 U.S.C. §636. In his report, Magistrate Judge

Blanton recommends that the Court remand this case for further proceedings. Neither party has filed

objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's

findings, and will adopt the Report and Recommendation. Accordingly, the Court will remand this

matter to the Commissioner for further administrative proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge

(ECF No. 15) is adopted and incorporated herein.

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14,
2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is
substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to
continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 26th day of March, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE